■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER S. CHAMBERS, Appellant. [614 NYS2d 346] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.